# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142869

RANDIE K. GRIER,
      Plaintiff-Appellant,

v

      SC: 142869
      COA: 295415
      Oakland CC: 2008-095028-CK

MUJO ZENELOVIC,
      Defendant,

and

RE/MAX CLASSIC a/k/a LCRN, INC.,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the February 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011                                         _____

p0620                                                      Clerk